NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————————

**QCUE, INC.,**
*Plaintiff-Appellee,*

**v.**

**DIGONEX TECHNOLOGIES, INC.,**
*Defendant-Appellant.*

- - - - - - - - - - - - - - - - - - - - - - -

**DIGONEX TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**QCUE, INC.,**
*Defendant-Appellee.*

—————————————

2014-1028, -1029

—————————————

Appeals from the United States District Court for the Western District of Texas in Nos. 1:12-cv-00484-SS and 1:12-cv-00801-SS, Judge Sam Sparks.

—————————————

**JUDGMENT**

—————————————

MICHAEL J. SACKSTEDER, Fenwick & West LLP, of San Francisco, California, argued for appellant. With him on the brief were DAVID D. SCHUMANN and JEFFREY A. WARE.

BARRY K. SHELTON, Bracewell & Giuliani LLP, of Austin, Texas, argued for appellee. On the brief were EDWARD A. CAVAZOS and BEN BERNELL. Of counsel was CONOR M. CIVINS.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 11, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |